**No. 50192.**—Protests 108817–K, etc., of Dal, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50193.**—Protests 108253–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 17, 1945

**No. 50194.**—Protests 925493–G, etc., of Raura & Forgas, Inc. (New York).

Opinion by KEEFE, J. From an examination of the entry papers and the records the court was unable to find anything sufficient to overcome the action of the collector which is presumptively correct. The protests were therefore overruled.

**No. 50195.**—Protests 11997–K, etc., of Agash Refining Co. (New York).

Opinion by KEEFE, J. From an examination of the entry papers and the records the court was unable to find anything sufficient to overcome the action of the collector which is presumptively correct. The protests were therefore overruled.

**No. 50196.**—Protests 54372–K, etc., of Acme Clothing Co. et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.